UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>GLORIA M. SHARPLES,<br>  Defendant. | Case No. 15-cv-00666-JSC<br><br>**ORDER REQUIRING DEFENDANT TO FILE A STATUS REPORT AND SETTING A CASE MANAGEMENT CONFERENCE** |

In this action, the United States contends the Defendant Gloria Sharples defaulted on her student loan debt. On April 8, 2015, the Court issued an Order setting forth certain case management procedures for this action. (Dkt. No. 8.) In accordance with this Order, the United States served Defendant with an accounting of the debt and filed a status report. (Dkt. Nos. 9 & 10.) Defendant, however, has not filed her required status report with the Court.

Defendant shall file her status report by August 14, 2015. The report should include the following information: (1) a brief description of the events underlying the lawsuit; (2) what discovery she intends to take, including, but not limited to, the identity of all persons she intends to depose; (3) a suggested trial date and an estimate of the length of trial.

The Court also sets a Case Management Conference for August 20, 2015 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

As Defendant is proceeding pro se, the Court directs her attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Defendant may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding her claims.

1 **IT IS SO ORDERED.**

2 Dated: July 30, 3015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2