UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GLORIA M SHARPLES,<br><br>    Defendant. | Case No. 15-cv-00666-JSC<br><br>**ORDER TO SHOW CAUSE RE: DEFAULT** |

In this action, the United States contends the Defendant Gloria Sharples defaulted on her student loan debt. On April 8, 2015, the Court issued an Order setting forth certain case management procedures for this action. (Dkt. No. 8.) In accordance with this Order, the United States served Defendant with an accounting of the debt and filed a status report. (Dkt. Nos. 9 & 10.) Defendant, however, failed to file her required status report with the Court. The Court ordered her to do so by August 14, 2015 and scheduled a Case Management Conference for August 20, 2015. (Dkt. No. 11.) Defendant again failed to file her status report, and although Plaintiff appeared at the August 20, 2015 Case Management Conference, Defendant did not.

Accordingly, Defendant is ORDERED TO SHOW CAUSE as to why her default should not be taken for failing to comply with the Court's Orders and failure to appear at the Case Management Conference. Defendant shall file a written response to this Order by September 4, 2015. The Court sets a further Case Management Conference for September 24, 2015 at 1:30 p.m., in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**If Defendant fails to respond to this Order by September 4, default may be entered**

1   **against her without further notice**.  *See* Fed. R. Civ. Pro. 55(a).

2   **IT IS SO ORDERED.**

3   Dated:  August 21, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge