MICHAEL COSENTINO, SBN 83253
ATTORNEY AT LAW
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Fax: 510-747-1640

Attorney for Plaintiff,
United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**GLORIA M. SHARPLES aka GLORIA PENDERGRASS aka GLORIA S. PENDERGRASS aka GLORIA S. SHARPLES,**

Defendant./

Case No. **CV15-00666 M JSC~~(LB)~~** KAW
Stipulation for entry of
**CONSENT JUDGMENT**

The above entitled plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment. The Complaint herein states a claim upon which relief can be granted. The defendant hereby acknowledges and accepts service of the complaint filed herein.

2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. It is

understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

3. Judgment shall be in favor of Plaintiff, United States of America, and against defendant, GLORIA M. SHARPLES aka GLORIA PENDERGRASS aka GLORIA S. PENDERGRASS aka GLORIA S. SHARPLES, in the sum of $4,832.54 consisting of $2,442.97 in principal, $2,334.57 interest to December 9, 2015, administrative costs of $0.00, court costs of $55.00 and attorney's fees of $0.00, plus interest in the amount of $0.60 per day on principal from December 9, 2015, up to the date of entry of Judgment, less any sums tendered toward satisfaction of the obligation during said time period.

4. This consent judgment shall bear interest pursuant to the provisions of 28 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full. Judgement Shall not be entered until February 8 2016.

To Satisfy This Judgment, ~~5.~~ Defendant shall pay $ 3053.00 ~~monthly, subject to a 10 day grace period, commencing~~ And must be received by plaintiff by no later Than 2/7/16 ~~, and continuing monthly thereafter, each payment being due on the~~ ________ ~~day of each month, until the account is paid in full.~~ If Timely Paid, Judgment shall not be entered And The Case shall be Dismissed with Prejudice.

6. ~~Payments~~ shall be made payable to the US Department of Justice and bear defendant's name and CDCS #2015A12504 and mailed to: Michael Cosentino

~~U. S. Department of Justice~~
~~Nationwide Central Intake Facility~~
~~P. O. Box 790363~~
~~St. Louis, MO 63179-0363~~

PO Box 129
Alameda CA
94501

7. (a) Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payment, and the balance, if any, to the principal;

(b) The judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; and

(c) Plaintiff reserves the right to evaluate the updated financial data and adjust the periodic payment rate accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances, subject to Court approval.

8. An Abstract of Judgment shall be recorded with the Recorder's Office of the County of residence of the judgment debtor; plaintiff may also record or file similar documents elsewhere.

9. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment without notice to the judgment debtor.

10. The judgment debtor has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

11. In case of default, all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

12. Upon a change in address of record for the defendant, defendant shall report the new address to the court and to counsel for plaintiff.

Dated: December 9, 2015

MICHAEL COSENTINO
Counsel for plaintiff

I have read the foregoing; I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: December 9, 2015

GLORIA M. SHARPLES aka GLORIA PENDERGRASS aka GLORIA S. PENDERGRASS aka GLORIA S. SHARPLES
Defendant and Judgment Debtor

APPROVED AND SO ORDERED THIS ~~9TH~~ 14th DAY OF DECEMBER, 2015.

The Clerk of the Court is DIRECTED to close the file in the action.

The dismissal order (Dkt. No. 23) filed on 12/11/15 is hereby vacated.

UNITED STATES MAGISTRATE JUDGE